1  RICHARD B. ABRAMSON  Bar No. 40637
   rba@redshift.com
2  44 West Alisal Street
   Salinas, California 93901
3  Telephone: (831) 424-9320
   Facsimile: (831) 422-2565
4
   Attorney for Defendants
5  Elizabeth Bro, Jean Jones, Mary Cunningham and
   Teresa Knight
6
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
7  REBECCA A. HULL BAR No. 99802
   rebecca.hull@sdma.com
8  ERIN A. CORNELL BAR No. 227135
   erin.cornell@sdma.com
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, California 94105
   Telephone: (415) 781-7900
11 Facsimile: (415) 781-2635

12 Attorneys for Plaintiff
   Metropolitan Life Insurance Company
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO.  C 10-01312 MEJ |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE LAST DAY FOR ALL DEFENDANTS TO RESPOND TO THE INTERPLEADER** |
| 20 | v. | |
| 21 | ELIZABETH BRO, JEAN JONES, MARY CUNNINGHAM, TERESA KNIGHT, AND CARRIE ZUNICH | |
| 22 | | |
| 23 | Defendants. | |

24

25      Plaintiff Metropolitan Life Insurance Company ("MetLife") and defendants Elizabeth

26 Bro, Jean Jones, Mary Cunningham, and Teresa Knight (collectively "Defendants"), through

27 their respective counsel of record herein, hereby stipulate to continue the date of the Initial Case

28 Management Conference, currently set for July 8, 2010 at 10:00 a.m.  Defendants are

participating in ongoing discussions with defendant Carrie Zunich in an attempt to resolve this matter without further litigation. Accordingly, MetLife and Defendants respectfully request the Court continue the date of the Initial Case Management Conference to September 9, 2010 at 10:00 a.m.

MetLife and Defendants further stipulate and agree that all defendants shall have until July 30, 2010 to respond to the Interpleader.

SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED: June 22, 2010        RICHARD B. ABRAMSON

By: _____
Richard B. Abramson
Attorneys for Defendants
Elizabeth Bro, Jean Jones, Mary Cunningham, and Teresa Knight

DATED: June 22, 2010        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Erin A. Cornell
Attorneys for Plaintiff
Metropolitan Life Insurance Company

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference is continued to September 9, 2010 at 10:00 a.m. The Court further orders that all defendants shall have until July 30, 2010 to respond to the Interpleader.

DATED: June 23, 2010

_____
HONORABLE MARIA ELENA JAMES