RICHARD B. ABRAMSON  Bar No. 40637
rba@redshift.com
44 West Alisal Street
Salinas, California 93901
Telephone: (831) 424-9320
Facsimile: (831) 422-2565

Attorney for Defendants
Elizabeth Bro, Jean Jones, Mary Cunningham and
Teresa Knight

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL BAR No. 99802
rebecca.hull@sdma.com
ERIN A. CORNELL BAR No. 227135
erin.cornell@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH BRO, JEAN JONES, MARY CUNNINGHAM, TERESA KNIGHT, AND CARRIE ZUNICH<br><br>Defendants. | CASE NO. C 10-01312 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE LAST DAY FOR ALL DEFENDANTS TO RESPOND TO THE INTERPLEADER** |

Plaintiff Metropolitan Life Insurance Company ("MetLife") and defendants Elizabeth Bro, Jean Jones, Mary Cunningham, and Teresa Knight (collectively "Defendants"), through their respective counsel of record herein, hereby stipulate and agree that all defendants shall have until August 31, 2010 to respond to the Interpleader.

SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

DATED: July 26, 2010            RICHARD B. ABRAMSON

By: /s/ Richard B. Abramson
Richard B. Abramson
Attorneys for Defendants
Elizabeth Bro, Jean Jones, Mary Cunningham, and Teresa Knight

DATED: July 26, 2010            SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/
Rebecca A. Hull
Erin A. Cornell
Attorneys for Plaintiff
Metropolitan Life Insurance Company

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. All defendants shall have until August 31, 2010, to respond to the Interpleader.

DATED: July 27, 2010

_____
HONORABLE MARIA ELENA JAMES