UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| METROPOLITAN LIFE INS. CO.,<br><br>               Plaintiff(s),<br>  v.<br>ELIZABETH BRO, et al.,<br><br>               Defendant(s).<br>_____/ | No. C 10-1312 MEJ<br><br>**ORDER RE: CARRIE ZUNICH'S MOTION TO TRANSFER**<br><br>**ORDER VACATING CMC** |

On September 2, 2010, Defendant Carrie Zunich filed a motion to transfer venue. (Dkt. #16.) Although Zunich's motion does not comply with the notice requirements of Civil Local Rule 7, the Court shall consider her motion and allow all parties the opportunity to respond. Accordingly, the Court hereby ORDERS the parties to appear for a hearing on October 21, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, any opposition to Zunich's motion must be filed and served on all parties by September 30, 2010, and Zunich shall file and serve any reply by October 7, 2010. Although Zunich appears pro se in this matter, she must comply with all rules of court, including the Federal Rules of Civil Procedure, Civil Local Rules, and the undersigned's standing orders.

Further, the Court hereby VACATES the September 9, 2010 case management conference currently scheduled in this matter.

**IT IS SO ORDERED.**

Dated: September 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INS,

        Plaintiff,

v.

ELIZABETH BRO et al,

        Defendant.

Case Number: CV10-01312 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carrie Zunich
P.O. Box 636
Nucla, CO 81424

Dated: September 3, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2