UNITED STATES DISTRICT COURT

Northern District of California

METROPOLITAN LIFE INSURANCE CO.,

        Plaintiff,

  v.

ELIZABETH BRO, et al.,

        Defendants.

_____/

No. C 10-01312 MEJ

**SECOND ORDER DIRECTING DEFENDANT CARRIE ZUNICH TO FILE CONSENT/DECLINATION FORM**

On September 3, 2010, the Court ordered all parties in the above-captioned matter to either consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district court judge. All parties have now filed their consent, with the exception of Defendant Carrie Zunich, who has not responded to the Order. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Carrie Zunich shall inform the Court, by way of the enclosed form, whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by October 18, 2010.

**IT IS SO ORDERED.**

Dated: October 4, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INS | No. C 10-01312 MEJ |
| Plaintiff(s), | |
| vs. | |
| ELIZABETH BRO | |
| Defendant(s). / | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____        Signed by:_____

                                                                Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____        Signed by:_____

                                                                Counsel for:_____

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INS | Case Number: 10-01312 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ELIZABETH BRO | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carrie Zunich
P.O. Box 636
Nucla, CO 81424


Dated: October 4, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3