1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   ERIN A CORNELL  Bar No. 227135
3  erin.cornell@sdma.com
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, CA  94105-1008
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Attorneys for Plaintiff
7  METROPOLITAN LIFE INSURANCE COMPANY

8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  METROPOLITAN LIFE INSURANCE         Case No. C 10-1312 MEJ
    COMPANY,
13                                      **NOTICE TO COURT AND PARTIES OF
                    Plaintiff,          DEPOSIT OF FUNDS AND REQUEST
14                                      FOR DISMISSAL WITH PREJUDICE;
         v.                             [PROPOSED] ORDER DISMISSING
15                                      PLAINTIFF WITH PREJUDICE**
    ELIZABETH BRO; JEAN JONES; MARY
16  CUNNINGHAM; TERESA KNIGHT; and
    CARRIE ZUNICH,
17
                    Defendants.
18

19       TO THE COURT AND ALL PARTIES APPEARING HEREIN:

20       PLEASE TAKE NOTICE that pursuant to this Court's September 21, 2010 Order (ECF

21  No. 21), on October 12, 2010, plaintiff Metropolitan Life Insurance Company ("MetLife")

22  deposited with the Clerk of the Court for the United States District Court, Northern District of

23  California, the sum of $39,710.01, which represents the total amount of the disputed life

24  insurance benefits payable under the Pacific Gas and Electric Company Employee Welfare Plan

25  ("Plan") at issue in this action, with interest accrued thereon.

26       Accordingly, pursuant to this Court's September 21, 2010 Order, MetLife respectfully

27  requests that the Court discharge MetLife, Pacific Gas and Electric Company, and the Plan from

28  any further liability with regard to the $39,710.01 ("Plan Benefits"); restrain and enjoin all of the

SF/1867574v1

1  Defendants from instituting any action or proceeding in any state or United States court against

2  MetLife, Pacific Gas and Electric Company, or the Plan for the recovery of Plan Benefits, by

3  reason of the death of the Orlen Moore and that MetLife be dismissed with prejudice from this

4  litigation.

5  DATED:  October 14, 2010          Respectfully submitted,

6                                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

7

8  By:  /s/ Erin A. Cornell
         Rebecca A Hull
         Erin A Cornell
9        Attorneys for Plaintiff
         METROPOLITAN LIFE INSURANCE COMPANY

10

11

12                              **ORDER**

13       Pursuant to plaintiff Metropolitan Life Insurance Company's ("MetLife") Notice of

14  Deposit of Funds and this Court's September 21, 2010 Order (ECF No. 21), the Court hereby

15  ORDERS that MetLife, Pacific Gas and Electric Company, and the Pacific Gas and Electric

16  Company Employee Welfare Benefit Plan are discharged from any further liability with regard

17  to the life insurance benefits payable under the Pacific Gas and Electric Company Employee

18  Welfare Plan as a consequence of the death of Orlen Moore; that the Defendants are restrained

19  and enjoined from instituting any action or proceeding in any state or United States court against

20  MetLife, Pacific Gas and Electric Company, or the Pacific Gas and Electric Company Employee

21  Welfare Benefit Plan for the recovery of life insurance benefits payable as a consequence of the

22  death of Orlen Moore, and that Metropolitan Life Insurance Company is hereby dismissed with

23  prejudice from this litigation.

24  IT IS SO ORDERED.

25  DATED:  October 14, 2010

26

27                              _____
                                Honorable Maria Elena James
28                              United States Magistrate Judge

SF/1867574v1

                                    2