UNITED STATES DISTRICT COURT

Northern District of California

METROPOLITAN LIFE INS. CO.,

                Plaintiff(s),
  v.

ELIZABETH BRO, et al.,

                Defendant(s).
_____/

No. C 10-1312 MEJ

**ORDER GRANTING DEFENDANT CARRIE ZUNICH'S REQUEST TO APPEAR BY TELEPHONE**

The Court is in receipt of Defendant Carrie Zunich's request to appear by telephone at the October 21, 2010 motion to transfer hearing. Good cause appearing, the Court GRANTS Ms. Zunich's request. If Ms. Zunich wishes to be called at a number other than (970) 864-7772, she shall contact the courtroom deputy, Brenda Tolbert, at (415) 522-4708, and provide the number at which the Court can reach her at the time of the hearing. Otherwise, Ms. Zunich shall make herself available at the above-listed telephone number beginning at 10:00a.m. on October 21. Ms. Zunich should be aware that other cases are also on calendar, so her case will likely be called sometime after 10:00 a.m.

In her request, Ms. Zunich also states that she requests Richard Lee Anderson be allowed to represent her during the hearing. It is unclear who Mr. Anderson is. If he is an attorney, he must make a formal appearance as required by the Civil and Local Rules of court.

**IT IS SO ORDERED.**

Dated: October 14, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INS,

        Plaintiff,

  v.

ELIZABETH BRO et al,

        Defendant.

Case Number: CV10-01312 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carrie Zunich
P.O. Box 636
Nucla, CO 81424

Dated: October 14, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2