| | |
|---|---|
| 1 | Kathleen S. Kizer (CA Bar No. 246035) |
|   | kathleen.kizer@dlapiper.com |
| 2 | **DLA PIPER LLP (US)** |
|   | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, CA  94105-2933 |
|   | Tel: 415.836.2500 |
| 4 | Fax: 415.836.2501 |
| 5 | Nate McKitterick (CA Bar No. 171889) |
|   | nate.mckitterick@dlapiper.com |
| 6 | **DLA PIPER LLP (US)** |
|   | 2000 University Avenue |
| 7 | East Palo Alto, CA  94303-2214 |
|   | Tel: 650.833.2000 |
| 8 | Fax: 650.833.2001 |
| 9 | Attorneys for Defendant Carrie Zunich |
| 10 | Richard B. Abramson (CA Bar No. 40637) |
|    | rba@redshift.com |
| 11 | 44 West Alisal Street |
|    | Salinas, CA 93901 |
| 12 | Tel: (831) 424-9320 |
|    | Fax: (831) 422-2565 |
| 13 | |
|    | Attorney for Defendants Elizabeth Bro, |
| 14 | Jean Jones, Mary Cunningham and |
|    | Teresa Knight |
| 15 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO.  CV-10-1312-MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | |
| ELIZABETH BRO, JEAN JONES, MARY CUNNINGHAM, TERESA KNIGHT, AND CARRIE ZUNICH, | Magistrate Judge Maria-Elena James |
| Defendants. | |

The undersigned parties, through their respective counsel of record, HEREBY STIPULATE as follows:

WEST\223118292.1

As reflected on the Court's record of the Mandatory Settlement Conference before Magistrate Judge Spero on February 2, 2011, the parties have settled this dispute as follows:

The Clerk is directed to pay fifty percent (50%) of the life insurance proceeds deposited with the Court in this action by Plaintiff Metropolitan Life Insurance Company, and fifty percent (50%) of the interest earned thereon, if any, to Defendant Carrie Zunich;

The Clerk is directed to pay fifty percent (50%) of the life insurance proceeds deposited with the Court in this action by Plaintiff Metropolitan Life Insurance Company, and fifty percent (50%) of the interest earned thereon, if any, to the trust account of Richard Abramson, attorney, in trust for Defendants Elizabeth Bro, Jean Jones, Mary Cunningham and Teresa Knight;

Each side is to bear its own attorneys' fees and costs;

All parties release all other parties from all claims pertaining to the life insurance proceeds deposited with the Court in this action; and

All parties agree to dismissal of this action with prejudice.

Therefore, having settled this dispute and having agreed to dismissal of this action with prejudice, the parties respectfully request that an Order for Dismissal with prejudice be entered.

IT IS SO STIPULATED.

Dated: February 7, 2011

Respectfully submitted,

DLA PIPER LLP (US)

By _____
Nate McKitterick
Kathleen S. Kizer

Attorneys for Defendant Carrie Zunich

Dated: February 4, 2011

Respectfully submitted,

RICHARD B. ABRAMSON
Attorney for Defendants Elizabeth Bro, Jean Jones, Mary Cunningham and Teresa Knight

## ORDER

IT IS HEREBY ORDERED THAT the parties' settlement is hereby entered, the Clerk is directed to make the payments reflected in the settlement agreement, and this action is hereby dismissed with prejudice in its entirety.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 11, 2011

_____
MARIA-ELENA JAMES
Magistrate Judge
United States District Court
Northern District of California